In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property, Bounded by West 100th Street, and Other Streets, in the Borough of Manhattan, Required for a Project known as WEST PARK (MANHATTAN TOWN) SLUM CLEARANCE PROJECT. JAFS REALTY CORPORATION et al., Claimants; A. & W. REALTY CORP. et al., Appellants.

Submitted February 6, 1956; decided February 9, 1956.

Motion for adjournment of the argument of the appeal until the May session of the Court of Appeals granted to the extent that the appeal is set down for argument during the March, 1956, session, with leave to claimants-appellants to serve and file their briefs, if any, by March 2, 1956, and to the City of New York to serve and file its brief, if any, by March 9, 1956.